IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT MARTINSBURG

CHARLES CATON and
BARBARA CATON,

    **Plaintiffs,**

v.    Civil Action No. 3:06-CV-75
(Bailey)

GREEN TREE SERVICING, L.L.C.,

    **Defendant.**

## ORDER VACATING SCHEDULING ORDER

For reasons appearing to the Court, it is hereby **ORDERED** that the Scheduling Order dated November 28, 2006 [Doc. 12], be vacated. Pursuant to the parties' request, the Court will hold a **Scheduling/Status Conference** on **August 13, 2007, at 3:00 p.m., at Martinsburg.**

It is so **ORDERED**.

The Clerk is directed to transmit true copies of this order to all counsel of record.

DATED: July 12, 2007.

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE