**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT MARTINSBURG**

**CHARLES CATON and
BARBARA CATON,**

    **Plaintiffs,**

v.                                                                         **Civil Action No. 3:06-CV-75
(Bailey)**

**GREEN TREE SERVICING, L.L.C.,**

    **Defendant.**

## ORDER GRANTING PLAINTIFFS' MOTION TO AMEND COMPLAINT

On this day, the above-styled matter came before the Court upon consideration of Plaintiffs' Motion to Amend Complaint [Doc. 109]. The plaintiffs seek to amend the Complaint to correct clerical errors. Additionally, the defendant has offered its consent to correct the errors [Doc. 109, Ex. #2]. After consideration of the above, this Court finds good cause to grant the plaintiffs' motion. Accordingly, it is the opinion of this Court that Plaintiffs' Motion to Amend Complaint [Doc. 109] should be, and is, hereby **GRANTED**. As such, the plaintiffs are hereby **ORDERED** to file their amended complaint.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record herein.

**DATED:** December 10, 2007.

JOHN PRESTON BAILEY
UNITED STATED DISTRICT JUDGE