**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**
**AT MARTINSBURG**

**CHARLES CATON and**
**BARBARA CATON,**

    **Plaintiffs,**

v.                                                              Civil Action No.  3:06-CV-75
                                                                             (Bailey)

**GREEN TREE SERVICING, L.L.C.,**

    **Defendant.**

## ORDER OF INTERMEDIATE PRETRIAL CONFERENCE

On December 14, 2007, came the plaintiffs, Charles Caton and Barbara Caton, by and through counsel, Andrew C. Skinner, and came defendant Green Tree Servicing, L.L.C., by and through counsel, Nicholas P. Mooney, II, and Elliot G. Hicks, for a telephonic intermediate pretrial conference.

As an initial matter, the Court inquired as to the status of the case, and the parties indicated that discovery has proceeded in compliance with this Court's scheduling order. Next, the parties informed the Court that the case had been mediated, and that Oscar Bean was going to mediate the case a second time by telephone. There being no further business, the Court adjourned the matter.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record herein.

**DATED:**  December 14, 2007.

*/s/ John Preston Bailey*
JOHN PRESTON BAILEY
UNITED STATED DISTRICT JUDGE