IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT MARTINSBURG

**CHARLES CATON and**
**BARBARA CATON,**

      Plaintiffs,

v.                                        Civil Action No. 3:06-CV-75
                                        (Bailey)

**GREEN TREE SERVICING, L.L.C.,**

      Defendant.

## ORDER OVERRULING PLAINTIFFS' OBJECTION

On this day, the above-styled matter came before the Court upon consideration of Plaintiffs' Objection to Order Denying Motion for Attorney Fees [Doc. 96]. The plaintiffs seek to overturn Magistrate Judge Seibert's Order Denying Motion for Attorney Fees [Doc. 95]. Having reviewed the magistrate judge's Order, and after full consideration of the plaintiffs' Objection thereto, this Court finds no error. Accordingly, the plaintiffs' Objection [Doc. 96] is **OVERRULED**.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record herein.

**DATED:** January 15, 2008.

JOHN PRESTON BAILEY
UNITED STATED DISTRICT JUDGE